DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERTO LOPEZ,**
Appellant,

v.

**TROPICAL FINANCIAL CREDIT UNION,**
Appellee.

No. 4D21-2374

[January 5, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Paige Hardy Gillman, Judge; L.T. Case No. 502013CA012862XXXMB.

Jeffrey M. Liggio of Liggio Law, West Palm Beach, and Philip M. Burlington and Jeffrey V. Mansell of Burlington & Rockenbach, P.A., West Palm Beach, for appellant.

Michael Jay Rune, II, David A. Karp and Dana Chaaban of Carlton Fields, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***